RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

BORIS BOURGET, OSB #172172
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-2182 (v)
202-307-0054 (f)
Boris.Bourget@usdoj.gov

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVSION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 3:20-cv-00755 |
| Plaintiff, | ) |
| | ) **COMPLAINT TO REDUCE TAX** |
| v. | ) **ASSESSMENTS TO** |
| | ) **JUDGMENT** |
| DAVID S. WAITE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

1.  By this timely suit, the United States seeks to reduce federal tax liabilities assessed against David S. Waite to judgment.

**Authorization for the Suit**

2.  Pursuant to 26 U.S.C. § 7401, this action is filed with the authorization, and at the request, of the Secretary of the Treasury of the United

States, acting through his delegate, the Associate Area Counsel of the Internal Revenue Service.

3. This action is filed at the direction of the Attorney General of the United States or his delegate. 26 U.S.C. § 7401.

## Jurisdiction and Venue

4. This Court has jurisdiction over this matter under 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402(a).

5. Venue is proper in the District of Oregon under 28 U.S.C. §§ 1391(b) and 1396 because Mr. Waite resides in the District.

## Defendant David S. Waite's Federal Tax Liabilities

6. Mr. Waite is an individual residing in Yamhill County, Oregon, who has unpaid federal tax liabilities as reflected on Notice of Federal Tax Liens which were recorded in Yamhill and Washington County, Oregon.

7. Mr. Waite is a self-employed real estate agent in Oregon operating under David Waite Real Estate PC.

8. Since 1999, Mr. Waite has repeatedly failed to make required estimated tax payments required under 26 U.S.C. § 6654.

9. Mr. Waite has not made any tax payments since 2017.

10. The liabilities at issue in this case were assessed based on tax returns that Mr. Waite voluntarily filed.

11. Despite filing tax returns, Mr. Waite has failed to pay the underlying taxes, penalties, and interest.

12. The amounts due, with interest and statutory additions through May 11, 2020, are listed in the table below:

| Period | Assessment Date | Assessment Amount | Unpaid balance as of May 11, 2020 |
|---|---|---|---|
| 2008 | 5/3/2010 " " " " 8/23/2010 10/17/2011 9/3/2012 9/2/2019 | Tax Assessed:[1] $8,840 Est. Tax Penalty: $265.00[2] Late Filing Penalty: $1,854.00[3] Failure to Pay Penalty: $535.60[4] Interest: $394.28[5] Collection Fee: $20.00 Failure to Pay Penalty: $1,400.80 Failure to Pay Penalty: $123.60 Interest: $5,168.17 | $18,632.76 |
| 2009 | 11/22/2010 " " " 3/7/2011 10/15/2012 9/2/2019 | Tax Assessed: $9,751.00 Est. Tax Penalty: $214.00 Late Filing Penalty: $358.04 Failure to Pay Penalty: $219.42 Collection Fee: $20.00 Failure to Pay Penalty: $1,879.71 Interest: $4,277.47 | $16,477.94 |
| 2013 | 5/26/2014 " " " 6/24/2019 7/1/2019 9/2/2019 " | Tax Assessed: $45,893.00 Est. Tax Penalty: $204.45 Failure to Pay Penalty: $169.12 Interest: $45.04 Collection Fee: $40.00 Collection Fee: $40.00 Interest: $2,439.58 Failure to Pay Penalty: $2,383.93 | $15,790.11 |
| 2015 | 6/6/2016 " " " 9/2/2019 " | Tax Assessed: $47,383.00 Est. Tax Penalty: $489.00 Failure to Pay Penalty: $138.83 Interest: $79.12 Interest: $2,340.45 Failure to Pay Penalty: $3,331.91 | $20,972.90 |

---

[1] This amount includes the amount assessed after applicable credits or tax payments.

[2] *See* 26 U.S.C. § 6654

[3] *See* 26 U.S.C. § 6651(a)(1).

[4] *See* 26 U.S.C. § 6651(a)(2), (3).

[5] *See* 26 U.S.C. § 6601

| Year | Date | Details | Amount |
|---|---|---|---|
| 2016 | 11/20/2017<br>"<br>"<br>"<br>9/2/2019<br>" | Tax Assessed: $70,028.00<br>Est. Tax Penalty: $1,245.00<br>Failure to Pay Penalty: $2,561.12<br>Interest: $1,555.17<br>Interest: $6,575.81<br>Failure to Pay Penalty: $13,125.74 | $92,535.37 |
| 2017 | 11/19/2018<br>"<br>"<br>"<br>9/2/2019<br>" | Tax Assessed: $36,064.00<br>Est. Tax Penalty: $863.00<br>Failure to Pay Penalty: $1,442.56<br>Interest: $1,093.15<br>Interest: $1,786.28<br>Failure to Pay Penalty: $3,065.44 | $48,753.65 |
| 2018 | 11/18/2019<br>"<br>"<br>"<br>3/2/2020 | Tax Assessed: $19,521.00<br>Est. Tax Penalty: $633.00<br>Failure to Pay Penalty: $780.84<br>Interest: $630.86<br>Collection Fee: $60.00 | $23,026.83 |
| | | | **TOTAL: $236,189.56** |

13.     Typically, the IRS has ten years from assessment to collect on a tax liability. 26 U.S.C. § 6502(a)(1). This limitations period was tolled by at least 30 days for the 2008, 2009, and 2013 tax years when Mr. Waite entered into an installment agreement for those years that was later terminated. 26 C.F.R. § 301.6331-4(c)(1).

14.     Pursuant to 26 U.S.C. § 6321, the above assessments created liens in favor of the United States.

15.     In order to comply with the requirements of 26 U.S.C. § 6323(f), the IRS recorded notices of federal tax lien for the liabilities described in Paragraph 12 in Yamhill County, Washington County, and with the Oregon Secretary of State.

/ /

/ /

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-2182

**Count 1: Reduce to Judgment Unpaid Federal Income Tax Assessments Made Against David S. Waite**

16. The United States incorporates by reference the allegations made in Paragraphs 1 through 15, above.

17. Despite proper notice and demand for payments to the tax liabilities described in Paragraph 12, Mr. Waite has neglected, failed, or refused to make full payment of the assessed amounts to the United States, and there remains due and owing on said assessments the sum of $236,189.56 as calculated through May 11, 2020. Accordingly, the United States is entitled to judgment in its favor for the full amount owed.

**WHEREFORE**, the United States respectfully requests the following relief:

A. Judgment in favor of the United States and against Mr. Waite for his unpaid federal income tax liabilities for the 2008, 2009, 2013, 2015, 2016, 2017, and 2018 tax years, in the total amount of $236,189.56, as of May 11, 2020, plus any additional interest or statutory additions as provided by law and less any payments or credits;

B. Judgment recognizing that by virtue of the assessments described in Paragraph 12, the United States has valid and subsisting federal tax liens on all property and rights to property belonging to Mr. Waite, whether real or personal, wherever located, and whether presently held or hereinafter acquired; and

/ /
/ /

C. That the United States shall be granted its costs and any other and further relief as is just and proper.

Respectfully submitted on May 8, 2020

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        */s/ Boris Bourget*
        BORIS BOURGET, OSB #172172
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C.  20044
        202-307-2182 (v)
        202-307-0054 (f)
        Boris.Bourget@usdoj.gov
        *Attorneys for the United States*

JS 44   (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
David S. Waite

**(b)** County of Residence of First Listed Plaintiff  
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Yamhill  
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  
Boris Bourget, U.S. Department of Justice, P.O. Box 683, Washington, D.C. 20044, (202) 307-2182

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:  
26 U.S.C. 7402

Brief description of cause:  
Suit to reduce federal income tax assessments to judgment

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**  236,189.56

CHECK YES only if demanded in complaint:  
**JURY DEMAND:**   ☐ Yes   [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  
JUDGE                              DOCKET NUMBER

DATE   05/08/2020

SIGNATURE OF ATTORNEY OF RECORD   /s/ Boris Bourget

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE